IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Chief Judge Wiley Y. Daniel**

Civil Action No.  10-cv-01103-WYD-CBS

VESCENT, INC., a Delaware corporation,

    Plaintiff,

v.

PROSUN INTERNATIONAL, LLC, a Florida Company,

    Defendant.

## ORDER OF DISMISSAL

THIS MATTER is before the Court on the parties' Stipulated Motion to Dismiss (filed March 2, 2011).  The motion seeks a dismissal of the case with prejudice pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii) and 41(c).  After a careful review of the motion and the file, I conclude that the motion should be granted and the case dismissed.  Accordingly, it is

ORDERED that the Stipulated Motion to Dismiss filed March 2, 2011 (ECF No. 42) is **GRANTED** and this matter is **DISMISSED WITH PREJUDICE**, with each party to pay their own costs, including attorneys' fees.

Dated:  March 2, 2011

                                            BY THE COURT:

                                            s/ Wiley Y. Daniel
                                            Wiley Y. Daniel
                                            Chief United States District Judge